**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BOHIO7, LLC** : | |
| : | |
| **Plaintiff,** : | Case No. |
| : | |
| vs. : | |
| : | |
| **1737 H STREET, LLC** : | |
| : | |
| **Defendant.** : | |

**PLAINTIFF BOHIO7, LLC'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the District of Columbia, the undersigned, counsel of record for Plaintiff, Bohio7, LLC, certifies that to the best of my knowledge and belief, as follows:

Plaintiff, Bohio7, LLC is a Delaware limited liability company. Bihio7, LLC's sole member is Daily Caller, Inc., a Delaware corporation, is a privately held company owned by individuals without any outstanding securities in the hands of the public.

Dated:  October 17, 2019                                             Respectfully Submitted,

/s/ Bradshaw Rost
Bradshaw Rost, Esq., Bar #376064
Tenenbaum & Saas, P.C.
4504 Walsh Street, Suite 200
Chevy Chase, MD 20815
(301) 961-5300 – Phone
(301) 961-5305 – Fax
brost@tspclaw.com
*Counsel for Plaintiff Bohio7, LLC*